FILED
December 15, 2017
Third Court of Appeals
Jeffrey D. Kyle
Clerk



## 03-17-00633-CV

# BEVERLY CRUMLEY HAYS COUNTY DISTRICT CLERK

Hays County Government Center, 712 S. Stagecoach Trail, Ste. 2211
San Marcos, Texas 78666
512/393-7660

## APPEAL STATUS NOTICE
### Re: Clerk's Record

Trial Court Cause # 12-1980
Appellate Court Cause #03-17-00633-CV(if available)

IMMO: JASON M. CANCINO AND ANNA MARIA CANCINO AND IN THE INTEREST OF A CHILD

Please be advised that we have calculated the due date for filing the clerk's record to be December 15, 2017
for the following reason(s):

The judgment was entered September 1, 2017 and Notice of Appeal was filed September 27, 2017

> AND
>
> ☐ A Motion for New Trial was filed within 30 days.
>
> ☐ Request for Findings of Fact and Conclusions of Law was filed within 20 days.

I am unable to file the record by the due date as calculated above because (select one):

☒ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the clerk's record.

OR

☐ **OTHER:**
I anticipate the record will be completed by: _____

I, Beverly Crumley, Clerk of the District Courts in and for Hays County, do hereby certify the above and foregoing to be an accurate statement of the current status of the appeal in the above entitled cause up to this date.

GIVEN UNDER MY HAND AND OFFICIAL SEAL of office this 15th day of December, 2017.

_____
BEVERLY CRUMLEY
Hays County District Clerk

# CIVIL DOCKET

**12 – 1980**
Filed: 10/01/2012

| Divorce with Children | 22nd District Court |
|---|---|
| IMMO: JASON M. CANCINO AND ANNA MARIA CANCINO AND IN THE INTEREST OF ILARY K. CANCINO, | |

| Plaintiff | Lead Attorney |
|---|---|
| Cancino, Jason M. | Cusack, Mark |

| Defendant | Lead Attorney |
|---|---|
| Cancino, Anna Maria | |



| DATE | | | ORDERS OF THE COURT |
|---|---|---|---|
| 5 | 30 | 13 | Pet + attys appeared for special hrg. appearance, mtn to quash, plea to jd + TO. W's 2nd mtn for continuance denied. W appeared by phone (from Poland?) 487-6742-5006. Recessed to 6/24/13. Rule marked. BKS |
| 6 | 24 | 13 | Pet + attys appeared for resumption of special appearance, mtn to quash, plea to jd. Both parties sect + close on special appearance - denied on sworn testimony. Resp appeared by phone 01 487 6742 5006. Resp's atty advised he was only retained for special appearance + advised that his client would not be participating on TO, that TO would be def. Resp's name called 3x by bailiff Darryl White - NR. TO heard - Pet + atty present. Granted as requested. Written orders to follow. BKS |

request for writ of attachment granted. W ordered to post bond in amount of $10,000.00 pursuant to Hague convention requirements BH

**FEB 02 2016** Pet & attys. here appeared for TO passed. Final hrg - 3/7/16 - dist ct. TKS

11 30 16 Temp order, W's MFC denied; Fa's case in chief; Fa rests; Mo's case in chief; Mo rests; Fa closes; Mo closes; closing arguments, Fa - SMC; Fa - rights under 153.132; Fa - sole possession of passport; allow Fa to get passport; Mo to deliver child to 1024 W. Hopkins; Mo to have surrendered passport; Mo to get $10,000 cash & surety bond conditioned on payment of attorneys fees; Mo to have supervised visitation 1st, 3rd, and 5th Saturday 11 a.m. - 6 p.m.; Mo enjoined from changing school enrollment; Children's bill of rights & loving and caring order entered BH

| DATE | ORDERS OF THE COURT |
|------|---------------------|

or before October 1, 2017; Polish therapist to consult w/ therapist Murphy from San Antonio, Texas; Mo to put up bond in the amount of $50,000 conditioned on her compliance w/ visitation schedule; parties to communicate by family wizard; loving and caring order; children's bill of rights confirmed; Court finds that Mo has violated standing order of the Court; attorneys fees borne by party incurring same; Mo to bear 100% of travel expenses for 1 year, then expenses split 50/50; child support to begin 1/1/18 BH

# CIVIL DOCKET

**12 – 1980**
Filed: 10/01/2012

| Divorce with Children | 22nd District Court |
|---|---|

IMMO: JASON M. CANCINO AND ANNA MARIA
CANCINO AND IN THE INTEREST OF A CHILD

| Plaintiff<br>Cancino, Jason M. | Lead Attorney<br>Cusack, Mark |
|---|---|
| Defendant<br>Cancino, Anna Maria | Lead Attorney<br>Buecker, Bernard |



| DATE | ORDERS OF THE COURT |
|---|---|
| 8 29 17 | H present and ready; W present by telephone with counsel; W's motion for continuance denied; W's second amended motion to decline jurisdiction denied; H's opening statement; W's opening statement; H's case in chief; H rests; W's case in chief; W rests; closing arguments; divorce granted; JMC w/ Mo right to establish domicile; standard visitation except 3rd weekend only and 8 weeks in summer; Fa to determine 8 week time period; Mo to deliver child to Fa at his home in Hays County, Texas at 6 p.m. on September 15, 2017; Fa to have Skype access every Wednesday from 6-7 p.m. English time; H to pay child support based on minimum wage; Mo to begin taking child to therapy on |

| DATE | | | ORDERS OF THECOURT |
|------|--|--|--------------------|

or before October 1, 2017; Polish therapist to consult w/ therapist Murphy from San Antonio, Texas; Mo to put up bond in the amount of $50,000 conditioned on her compliance w/ visitation schedule; parties to communicate by family wizard; loving and caring order; children's bill of rights confirmed; Court finds that Mo has violated standing order of the Court; attorneys fees borne by party incurring same; Mo to bear 100% of travel expenses for 1 year, then expenses split 50/50; child support to begin 1/1/18  BH

11/21/17  Mo's request for indigency pursuant to TRCP 145 and CPRC 13.001 ff; sworn testimony; arguments of counsel; Mo's request denied  BH